UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RENE ANTONIO MIRANDA-HERCULES,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROBERT GUADIAN,  )<br>PAMELA BONDI,  )<br>TODD LYONS,  )<br>KRISTI NOEM,  )<br>DEPARTMENT OF HOMELAND SECURITY &  )<br>IMMIGRATION CUSTOMS AND  )<br>ENFORCEMENT,  )<br>  )<br>Defendants.  ) | No. 2:26-cv-00022-MPB-MG |

**ORDER**

Rene Antonio Miranda-Hercules filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Clay County Justice Center at the direction of U.S. Immigration and Customs Enforcement ("ICE"). Dkt. 1. The petition names as respondents Chicago Field Office Director Robert Guadian, ICE Director Todd Lyons, U.S. Department of Homeland Security ("DHS") Secretary Kristi Noem, U.S. Attorney General Pamela Bondi, ICE, and DHS.

The petition may not proceed as presented because it does not name as respondents all persons allegedly responsible for Mr. Miranda-Hercules's detention. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). The petition does not name as a respondent any official with authority over the Clay County Justice Center. *See Kholyavskiy v. Achim*, 443 F.3d 946, 953-54 (7th Cir. 2006) (affirming dismissal of habeas petition where petitioner did not name immediate custodian as respondent).

1

Mr. Miranda-Hercules will have **through January 16, 2026**, to file an amended petition naming all necessary respondents. Additionally, because Mr. Miranda-Hercules will be responsible for serving the Clay County respondent, he should include a proposed summons. The Court will issue additional orders once the amended petition has been filed.

**IT IS SO ORDERED.**

Dated: January 13, 2026

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-Registered Attorneys of Record